# BONNER KIERNAN

## BONNER KIERNAN TREBACH & CROCIATA LLP

200 Portland Street  •  4th Floor  •  Boston, Massachusetts 02114  •  Telephone: (617) 426-3900  •  Facsimile: (617) 426-0380

www.bonnerkiernan.com

December 29, 2010

Hon. Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 6110
Boston, MA 02210

RE:  ***Blake, et al v. Nstar Electric Company, et al..***
**United States District Court**
**District of Massachusetts**
**Civil Action No.: 1:09-cv-10955-DPW**

Dear Judge Woodlock:

Third Party Defendant, JCR Construction, Inc. ("JCR") by and through its counsel, hereby represents that it has complied with this court's order dated December 13, 2010. Specifically, JCR has today served its formal responses to Defendant, Terex-Telelect, Inc.'s Request for Production of Documents.

Based on the December 13th hearing and Order, it is my understanding that NSTAR Electric Corporation's Motion to Dismiss its Third Party Complaint against JCR [No. 64] will now be granted.

Respectfully,

Kenneth H. Naide

Cc:  All counsel of record (via electronic filing)