UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHELLEIGH L. BLAKE, and            )
RICHARD W. BLAKE,                  )
                                   )
          Plaintiffs,              )     CIVIL ACTION NO.
                                   )     09-10955-DPW
                                   )
     v.                            )
                                   )
NSTAR ELECTRIC CORPORATION,        )
Defendant/Third Party Plaintiff    )
JAMES A. KILEY CORPORATION,        )
HUBBELL POWER SYSTEMS, INC.,       )
A.B. CHANCE, INC.,                 )
TEREX CORPORATION,                 )
TEREX UTILITIES, INC., and         )
TEREX-TELELECT, INC.,              )
                                   )
          Defendants,              )
                                   )
     v.                            )
                                   )
JCR CONSTRUCTION CO., INC.,        )
                                   )
          Third Party Defendant.   )


**JUDGMENT**


WOODLOCK, District Judge

     In accordance with this Court's Memorandum and Order dated
September 20, 2013, denying Hubbell Power's motion to strike, Dkt.
No. 160, granting defendants' motions for summary judgment, Dkt.
Nos. 127, 129, 134, 140, and their motions to dismiss for want of
prosecution, Dkt. Nos. 150 and 159, for the reasons stated therein,
it is hereby ORDERED, ADJUDGED AND DECREED:

     **Judgment for the Defendants against the Plaintiffs.**

BY THE COURT,

<u>/s/ Jarrett Lovett</u>
Deputy Clerk

DATED: September 20, 2013